**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 105 EAL 2020

                   Respondent               :

                                 :   Petition for Allowance of Appeal
                                 :   from the Order of the Superior Court

           v.                          :

MARLON GLENN,                    :

                   Petitioner                :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**, and the Application for Relief is **DENIED**.